In the Matter of IRWIN SLATER, Appellant, against JACOB MARKS et al., Respondents.

Argued May 26, 1947; decided May 27, 1947.

*Nathaniel L. Goldstein, Attorney-General, Einar Chrystie* and *Jacob Marks* for motions.

*Irwin Slater,* in person, opposed.

Motions granted and appeal dismissed upon the ground that the appeal was not taken in time.